## United States Bankruptcy Court
### Western District of Pennsylvania

In re    **Jewel Barnat**

Debtor(s)

Case No.    **21-21584**

Chapter    **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Jewel Barnat__ , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

[✓]    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

[ ]    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

[ ]    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date    **August 4, 2021**

Signature    */s/ Jewel Barnat*
**Jewel Barnat**
Debtor