| **Information to identify the case:** | |
|---|---|
| Debtor 1: **Jewel Barnat** (First Name / Middle Name / Last Name) | Social Security number or ITIN  **xxx–xx–4583** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): (First Name / Middle Name / Last Name) | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter  **7**   **7/12/21** |
| Case number:  **21–21584–JAD** | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jewel Barnat | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1750 Pierce Street<br>Aliquippa, PA 15001 | |
| 4. | **Debtor's attorney**<br>Name and address | Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210 | Contact phone 412–765–3606<br><br>Email:  ecf@mcelrathlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Eric E. Bononi<br>20 North Pennsylvania Avenue<br>Greensburg, PA 15601 | Contact phone 724–832–2499<br><br>Email:  bankruptcy@bononilaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page 1

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 8/4/21 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 10, 2021 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/9/21** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21584-JAD |
| Jewel Barnat | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 3 |
| Date Rcvd: Aug 04, 2021 | Form ID: 309A | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jewel Barnat, 1750 Pierce Street, Aliquippa, PA 15001-1910 |
| aty | + | Keri P. Ebeck, Bernstein-Burkley, 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1945 |
| aty | + | Maria Miksich, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15392906 | + | Eastern Revenue Inc, 601 Dresher Rd, Horsham, PA 19044-2238 |
| 15400259 | + | Law office of Edwin A. Abrahamsen, 120 N Keyser Avenue, Scranton, PA 18504-9701 |
| 15392909 | + | Macys/dsnb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 15400261 | + | Michael Ratchford, Esq., 1729 Pittston Avenue, Scranton, PA 18505-4794 |
| 15400264 | + | Select Portfolio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 15392911 | + | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 15400267 | | UPMC, PO Box 3718472, Pittsburgh, PA 15250-7842 |
| 15400266 | + | Unifund, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecf@mcelrathlaw.com | Aug 04 2021 23:11:00 | Paul W. McElrath, Jr., McElrath Legal Holdings, LLC., 1641 Saw Mill Run Boulevard, Pittsburgh, PA 15210 |
| tr | + | EDI: BEEBONONI.COM | Aug 05 2021 03:13:00 | Eric E. Bononi, 20 North Pennsylvania Avenue, Greensburg, PA 15601-2337 |
| smg | | EDI: PENNDEPTREV | Aug 05 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2021 23:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 05 2021 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2021 23:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Aug 04 2021 23:11:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Aug 04 2021 23:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: RECOVERYCORP.COM | Aug 05 2021 03:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15392900 | | EDI: BANKAMER.COM | Aug 05 2021 03:13:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 15392901 | + | EDI: CAPITALONE.COM | Aug 05 2021 03:13:00 | Capital One, N.a., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15392902 | + | EDI: CITICORP.COM | Aug 05 2021 03:13:00 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15392903 | + | Email/Text: bankruptcy@clearviewfcu.org | Aug 04 2021 23:11:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15392904 | | EDI: DISCOVER.COM | Aug 05 2021 03:13:00 | Discover Bank, Po Box 30954, Salt Lake City, UT 84130 |
| 15392905 | + | EDI: DISCOVER.COM | Aug 05 2021 03:13:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15392907 | + | Email/Text: bankruptcy@huntington.com | Aug 04 2021 23:11:00 | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15400252 | | EDI: JPMORGANCHASE | Aug 05 2021 03:13:00 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 15392908 | | EDI: JPMORGANCHASE | Aug 05 2021 03:13:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15392910 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 04 2021 23:11:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15400262 | + | Email/Text: ebn@vativrecovery.com | Aug 04 2021 23:11:00 | Palisade Collection, 210 Sylvan Ave, Englewood Clif, NJ 07632-2524 |
| 15392912 | + | EDI: RMSC.COM | Aug 05 2021 03:13:00 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15393337 | + | EDI: RMSC.COM | Aug 05 2021 03:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon, successor to The Bank |
| 15400249 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 15400250 | *+ | Capital One, N.a., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15400251 | *+ | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15400253 | *+ | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15400254 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, Po Box 30954, Salt Lake City, UT 84130 |
| 15400255 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15400256 | *+ | Eastern Revenue Inc, 601 Dresher Rd, Horsham, PA 19044-2238 |
| 15400257 | *+ | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15400258 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15400260 | *+ | Macys/dsnb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 15400263 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15400265 | *+ | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 21-21584-JAD    Doc 17    Filed 08/06/21    Entered 08/07/21 00:32:23    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: culy | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 04, 2021 | Form ID: 309A | Total Noticed: 31 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2021                    Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Eric E. Bononi | bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor The Bank of New York Mellon successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Jewel Barnat ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |

TOTAL: 5